STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
JOHN T. GLAZEWSKI, DEFENDANT-PETITIONER.

*Mr. Vincent Panaro* and *Mr. Edward J. Butrym* for the respondent.

*Mr. John T. Glazewski, in propria persona.*

June 30, 1969. Denied.

ENGLEWOOD NATIONAL BANK AND TRUST COMPANY,
PLAINTIFF-RESPONDENT-CROSS-PETITIONER, v. BEL-
VIDERE MANOR, INC., *ET AL.*, AND FRANK H. TAYLOR
& SON, INC., *ETC.*, DEFENDANT-PETITIONER-CROSS-
RESPONDENT.

*Messrs. Riker, Danzig, Scherer & Brown* for the petitioner-cross-respondent.

*Mr. Walter H. Jones* for the respondent-cross-petitioner.

June 30, 1969. Denied.

MARK K. HIPP, *ET AL.*, PLAINTIFF-PETITIONERS, v. THE
TOWNSHIP OF WARREN IN THE COUNTY OF SOMER-
SET, DEFENDANT-RESPONDENT.

*Messrs. Clapp & Eisenberg* for the petitioners.

*Mr. J. Albert Mastro* and *Mr. Fred G. Stickel, III* for the respondent.

June 30, 1969. Granted.